# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

EDDIE M. LACKEY,

        Petitioner,     :     Case No. 3:16-cv-458

  - vs -                       District Judge Walter Herbert Rice
                                Magistrate Judge Michael R. Merz

WARDEN, London Correctional
Institution

                                :

        Respondent.

## REPORT AND RECOMMENDATIONS ON MOTION FOR RECONSIDERATION

This habeas corpus case is before the Court on "Petitioner's Objection to and Motion for Reconsideration of Magistrate Judge Report and Recommendation Doc," filed July 25, 2017 (ECF No. 30).

On its face, the document appears to be a set of objections to the Magistrate Judge's Report and Recommendations of May 12, 2017 (ECF No. 14). However, the time for filing objections to that Report has long since passed. Mr. Lackey filed Objections (ECF No. 15) and later Objections to the Magistrate Judge's Supplemental Report and Recommendations on recommittal (ECF No. 20). After thorough de novo review, Judge Rice overruled both sets of Objections and entered judgment dismissing the Petition with prejudice (ECF No. 21). Mr. Lackey has already appealed to the Sixth Circuit from that decision (Notice of Appeal, ECF No. 23).

If the new filing were considered to be a motion for relief from judgment under Fed. R.

1

Civ. P. 60(b), this Court would lack authority to decide it while an appeal is pending.

Therefore, the Motion for Reconsideration should be DENIED.


July 27, 2017.

s/ *Michael R. Merz*<br>United States Magistrate Judge


### NOTICE REGARDING OBJECTIONS


Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by mail. .Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).