IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EDDIE M. LACKEY,

    Petitioner,

v.

WARDEN, London Correctional Institution,

    Respondent.

Case No. 3:16-cv-458

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS ON MOTION FOR RECONSIDERATION (DOC. #32); OVERRULING PETITIONER'S MOTION FOR RECONSIDERATION (DOC. #30); JUDGMENT TO ENTER IN FAVOR OF RESPONDENT AND AGAINST PETITIONER; CASE TO REMAIN TERMINATED ON DOCKET

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz, in his July 27, 2017, Report and Recommendations on Motion for Reconsideration, Doc. #32, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. The Court notes that, although Petitioner was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Petitioner's Objection to and Motion for Reconsideration of Magistrate Judge's earlier Report and Recommendation, Doc. #30, is OVERRULED.

Judgment shall be entered in favor of Respondents and against Petitioner, and the above-captioned case shall remain terminated on the Court's docket.

Date: August 21, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE